# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | CRIMINAL ACTION NO. |
| : | 1:15-CR-280-RWS-JSA |
| ARTHUR GUTHRIE, : | |
| : | |
| Defendant. : | |

## ORDER

This case if before the Court for consideration of the Report and Recommendation [Doc. No. 50] of Magistrate Judge Justin S. Anand. After reviewing the Report and Recommendation and the Objections [Doc. No. 52] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Defendants objections are overruled. Accordingly, Defendant's Motion to Suppress Identification [Doc. No. 21] and Preliminary Motion to Suppress Evidence [Doc. No. 22] are **DENIED**.

AO 72A
(Rev.8/82)

**SO ORDERED** this 1st day of September, 2016.[1]

_____
RICHARD W. STORY
United States District Judge

---

[1] A Pre-Hearing Brief [Doc. No. 32] filed by the Government has been incorrectly docketed as a Motion in Limine. The Clerk is directed to remove the submission as a pending motion before the Court.